UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO GUZMAN,

                Petitioner,

    -against-

GARY GREENE, Warden,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 1599 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 20, 2006, denying the petition for a writ of habeas corpus; issuing a Certificate of Appealability on petitioner's insufficiency claim; and directing that counsel be assigned forthwith to protect petitioner's right to file a Notice of Appeal; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; that a Certificate of Appealability is issued on petitioner's insufficiency claim; and that counsel be assigned forthwith to protect petitioner's right to file a Notice of Appeal.

Dated: Brooklyn, New York
       March 21, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court